| | |
|---|---|
| 1 | SEYFARTH SHAW |
| 2 | Lawrence E. Butler (SBN 111043)<br>lbutler@seyfarth.com |
| 3 | Giovanna A. Ferrari (SBN 229871)<br>gferrari@seyfarth.com |
| 4 | 560 Mission Street, 31st Floor<br>San Francisco, California 94105 |
| 5 | Telephone:  (415) 397-2823<br>Facsimile:   (415) 397-8549 |
| 6 | SEYFARTH SHAW LLP |
| 7 | Joseph J. Orzano (SBN 262040)<br>jorzano@seyfarth.com |
| 8 | Seaport East, Suite 300<br>Two Seaport Lane |
| 9 | Boston, MA  02210<br>Telephone: (617) 946-4800 |
|   | Facsimile:   (617) 946-4801 |
| 10 | |
| 11 | SEYFARTH SHAW LLP<br>Aaron Belzer (SBN 238901) |
| 12 | abelzer@seyfarth.com<br>2029 Century Park East, Suite 3500 |
| 13 | Los Angeles, CA  90067-3201<br>Telephone:  (310) 277-7200 |
|   | Facsimile:   (310) 2015219 |
| 14 | |
| 15 | Attorneys for Defendant<br>PharmaCare U.S., Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTIQUENO CORBETT, DAMARIS LUCIANO, and ROB DOBBS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACARE U.S., INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:21-cv-00137-GPC-AGS<br><br>**PHARMACARE U.S., INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Jud. Officer:    Hon. Gonzalo P. Curiel<br>Courtroom Number:              2D<br>Date of Hearing:     October 15, 2021<br>Time of Hearing:            1:30 p.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 15, 2021, at 1:30 p.m., or as soon thereafter as counsel can be heard before the Honorable Gonzalo P. Curiel, in Courtroom 2D on the Second Floor of the above-entitled court located at 221 West Broadway, San Diego, California, 92101, Defendant PHARMACARE US, INC. ( "Pharmacare" or "Defendant"), through counsel, will and hereby does move to dismiss all claims against Pharmacare, without leave to amend, pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(1) and 12(b)(6) for and on the grounds that Plaintiffs MONTIQUENO CORBETT, DAMARIS LUCIANO, and ROB DOBBS ("collectively Plaintiffs") lack standing and have failed to state a claim upon which relief can be granted against Defendant.

The Motion specifically is based on the grounds that: (1) Plaintiffs lack statutory standing to pursue claims based on an "illegal products theory" under the state law applicable to their claims; (2) the Federal Food, Drug & Cosmetic Act ("FDCA") impliedly preempts Plaintiffs' illegal products theory; (3) Plaintiffs' illegal products theory is expressly preempted to the extent it is based on "immune support," "supports the immune system," "helps you . . . stay healthy" and "arms you with the best protection nature has to offer" claims; (4) Plaintiffs have not alleged facts from which the Court could plausibly infer that any statement of which Plaintiffs complain are false or misleading; (5) Plaintiffs failed to plead any viable theory of deception with the specificity required by Rule 9(b) of the Federal Rules of Civil Procedure; (6) Plaintiffs' claim for breach of implied warranty of merchantability fails for lack of privity; (7) Plaintiffs fail to allege a claim for breach of express warranty; (8) Plaintiffs' claim for damages under the California Consumers Legal Remedies Action fails for lack of required pre-suit notice; and (9) Plaintiff Luciano's claim under the Mass. Gen. Law 93A fails for lack of required pre-suit notice.

This Motion is based on this Notice of Motion and Motion to Dismiss Plaintiffs' Amended Complaint, the Memorandum of Points and Authorities in Support thereof, the Request for Judicial Notice in Support thereof and upon such other and further oral and written materials as may be presented at or before the hearing on this matter.

DATED: August 4, 2021  Respectfully submitted,

SEYFARTH SHAW LLP

By: s/ Aaron Belzer
Aaron Belzer
Lawrence E. Butler
Giovanna A. Ferrari
Joseph J. Orzano
Attorneys for Defendant
PharmaCare U.S., Inc., a Delaware Corporation

73327189v.1