Trenton R. Kashima (CA SBN No. 291405)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
401 West C St., Suite 1760
San Diego, CA 92101
Tel: (714) 651-8845
tkashima@milberg.com

*Attorneys for Plaintiffs*
*and the Putative Classes*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTIQUENO CORBETT, DAMARIS LUCIANO, and ROB DOBBS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACARE U.S., INC.,<br><br>Defendant. | Case No: 3:21-cv-00137-GPC-AGS<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL**<br><br>Date:      July 22, 2022<br>Time:     1:30 p.m.<br>Judge:    Hon. Gonzalo P. Curiel<br>Courtroom: 2D |

**TO THE CLERK OF THE SOUTHERN DISTRICT OF CALIFORNIA AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Montiqueno Corbett, Damaris Luciano, and Rob Dobbs ("Plaintiffs") hereby move for voluntary dismissal of Plaintiff Damaris Luciano, in accordance with Rule 41(A)(i) of the Federal Rules of Civil Procedure.

This Motion is noticed for hearing on July 22, 2022 at 1:30 p.m., before the Honorable Gonzalo P. Curiel, in Courtroom 2D (5th Floor - Edward J. Schwartz Courthouse), 221 West Broadway, San Diego, CA 92101.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, Declaration of Rachel Soffin, and records on file in this action, and any further evidence that may be presented on this Motion.

DATED: April 25, 2022

Respectfully submitted,

By: /s/ Trenton Kashima

Trenton Kashima (CA SBN No. 291405)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
401 West C St., Suite 1760
San Diego, CA 92101
Tel: (714) 651-8845
tkashima@milberg.com

Rachel Soffin (*pro hac vice*)
Russell Busch (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
First Horizon Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Email: rsoffin@milberg.com
Email: rbusch@milberg.com

Nick Suciu III (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301

Tel: (313) 303-3472
Email: nsuciu@milberg.com

Martha Geer (*pro hac vice*)
Erin Ruben (*pro hac vice*)
Sarah Spangenburg (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
900 West Morgan Street
Raleigh, NC 27603
Tel: (919) 600-5000
Email: mgeer@milberg.com
Email: eruben@milberg.com
Email: sspangenburg@milberg.com

*Attorneys for Plaintiffs and the Putative Classes*