SEYFARTH SHAW LLP
Lawrence E. Butler (SBN 111043)
lbutler@seyarth.com
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

SEYFARTH SHAW LLP
Joseph J. Orzano (SBN 262040)
jorzano@seyfarth.com
Seaport East, Suite 1200
Two Seaport Lane
Boston, MA  02210
Telephone:  (617) 946-4800
Facsimile:   (617) 946-4801

SEYFARTH SHAW LLP
Aaron Belzer (SBN 238901)
abelzer@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA  90067-3201
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
PHARMACARE U.S., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTIQUENO CORBETT, DAMARIS LUCIANO, and ROB DOBBS individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>PHARMACARE U.S., INC., a Delaware Corporation,<br><br>              Defendant. | Case No. 3:21-cv-00137-JES-AHG<br><br>**DEFENDANT PHARMACARE U.S., INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Judge:     Hon. James E. Simmons, Jr.<br>Ctrm:      Courtroom 4B<br>Date of Hearing:   February 19, 2025<br>Time of Hearing:   9:00  a.m. |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 19, , 2025 at 9:00 a.m., or as soon thereafter as the parties may be heard, in the United States District Court, Southern District of California, located at 221 West Broadway, San Diego, California 92101, before the Honorable James E. Simmons, Jr., in Courtroom 4B, Defendant PharmaCare U.S., Inc. ("PharmaCare"), will and hereby does move, under Federal Rule of Civil Procedure 56(a) and California Civil Code §1781(C)(3) for an order granting summary judgment or, in the alternative, partial summary judgment in PharmaCare's favor on all individual and class claims in the Second Amended Complaint ("SAC").[1] Specifically, PharmaCare seeks judgment in its favor on:

(1) Plaintiff Montiqueno Corbett's ("Corbett") individual claims which assert violations of California's Unfair Competition Law, Cal. Bus. & Prof. Code §17200 *et. seq.* (the "UCL") (Count I), California's False Advertising Law, Cal. Bus. & Prof. Code §17500 (the "FAL") (Count II), California Civil Code §1750 *et. seq.* (the "CLRA") (Count III), and express and implied warranties (Counts VI-VII);

(2) All California class claims which assert violations of the UCL, the FAL, the CLRA, and express and implied warranties (Counts I-III and VI-VII);

(3) Plaintiff Rob Dobbs' individual claims which assert violations of Missouri's Merchandising Practices Act, Mo. Ann. Stat. §407.010 *et. seq.* (revised by Mo. Rev. Stat. §407.025.1(2)) (the "MMPA") (Count V), and express and implied warranties (Counts VI and VII); and

(4) All Missouri class claims which assert violations of the MMPA, and express and implied warranties (Counts V-VII).

Each and every claim for relief in the SAC has no merit and there is no triable issue as to any material fact. Accordingly, PharmaCare is entitled to judgment as a matter of law on all claims of Corbett and Dobbs and all claims of members of the certified classes.

---

[1] Count IV of the SAC (for violation of Mass. Gen. Laws Chp. 93A, § 2) was previously dismissed [Dkt. 120], and this Court only certified a California NDI and Drug Theory subclass, and a Missouri Drug Theory subclass [Dkt. 210].

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support thereof, the Declaration of Giovanna A. Ferrari, and upon such other and further oral and written materials as may be presented at or before the hearing on this matter.

DATED: January 2, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Aaron Belzer*
Aaron Belzer
Attorneys for Defendant
PharmaCare U.S., Inc.

315500185v.1