

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Montiqueno Corbett individually and on behalf of all others similarly situated; Rob Dobbs individually and on behalf of all others similarly situated;<br><br>**Plaintiff,**<br><br>V.<br><br>PharmaCare U.S., Inc. a Delaware Corporation<br><br>**Defendant.** | Civil Action No.   21-cv-137-JES-AHG<br><br>**CLERK'S JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court Grants Summary Judgment on both the NDI claims and the Disease claims to Defendant. Further, the Court Grants Plaintiffs' request to file portions of their opposition under seal and Plaintiffs' request to allow non-electronic filing of portions of Exhibit F of the Declaration of Trenton R. Kashima.  Judgment is entered for Defendant.  The case is hereby closed.

Date:    6/24/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Quinata

M. Quinata, Deputy