UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTIQUENO CORBETT, DAMARIS LUCIANO, and ROB DOBBS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACARE U.S., INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:21-cv-00137-JES-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CORRECT JUDGMENT** |

The Court, having considered the Parties' joint motion and good cause appearing therefore, the Court hereby **GRANTS** the Parties' joint motion and **ORDERS** the Clerk to amend the June 24, 2025, judgment (Dkt. 270) to add the following language:

"This judgment applies to Plaintiff Montiqueno Corbett, Plaintiff Rob Dobbs and, with the exception of Erica Ned who has requested exclusion from the certified classes, the following certified classes of individuals to whom notice was directed:

| | |
|---|---|
| California NDI Claim Class | All persons who, from January 21, 2017 to March 29, 2024, while in California, purchased Defendant's Sambucol Black Elderberry Original Syrup, Sambucol Black Elderberry Advanced Immune Syrup, Sambucol Black Elderberry Sugar Free Syrup, Sambucol Black Elderberry Syrup for Kids, Sambucol Black Elderberry Gummies, Sambucol Black Elderberry Gummies for Kids, Sambucol Black Elderberry Advanced Immune Capsules, Sambucol Black Elderberry Effervescent Tablets, Sambucol Black Elderberry Chewable Tablets, Sambucol Black Elderberry Pastilles (Throat Lozenges), Sambucol Black Elderberry Daily Immune Drink Powder, and Sambucol Black Elderberry Infant Drops for personal or household use and not for resale. |
| California Implied Disease Claim Class | All persons who, from January 21, 2017 to March 29, 2024, while in California, purchased Defendant's Sambucol Black Elderberry Original Syrup (only 4 oz and 7.8 oz sizes), Sambucol Black Elderberry Sugar Free, Sambucol Black Elderberry Syrup for Kids, Sambucol Black Elderberry Effervescent Tablets, Sambucol Black Elderberry Chewable, Sambucol Black Elderberry Pastilles, Sambucol Black Elderberry Daily Immune Drink Powder, and Sambucol Black Elderberry Advanced Immune Syrup for personal or household use and not for resale. |
| Missouri NDI Claim Class | All persons who, from January 21, 2016 to March 29, 2024, while in Missouri, purchased Defendant's Sambucol Black Elderberry Original Syrup, Sambucol Black Elderberry Advanced Immune Syrup, Sambucol Black Elderberry Sugar Free Syrup, Sambucol Black Elderberry Syrup for Kids, Sambucol Black Elderberry Gummies, Sambucol Black Elderberry Gummies for Kids, Sambucol Black Elderberry Advanced Immune Capsules, Sambucol Black Elderberry Effervescent Tablets, Sambucol |

| | Black Elderberry Chewable Tablets, Sambucol Black Elderberry Pastilles (Throat Lozenges), Sambucol Black Elderberry Daily Immune Drink Powder, and Sambucol Black Elderberry Infant Drops for personal or household use and not for resale." |
|---|---|

**IT IS SO ORDERED.**

Dated: July 14, 2025

Honorable James E. Simmons Jr.
United States District Judge