

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Montiqueno Corbett individually and on behalf of all others similarly situated; Rob Dobbs individually and on behalf of all others similarly situated

**Plaintiff,**

**V.**

PharmaCare U.S., Inc. a Delaware Corporation

**Defendant.**

**Civil Action No.** 21-cv-137-JES-AHG

**AMENDED CLERK'S JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court Grants Summary Judgment on both the NDI claims and the Disease claims to Defendant. Further, the Court Grants Plaintiffs' request to file portions of their opposition under seal and Plaintiffs' request to allow non-electronic filing of portions of Exhibit F of the Declaration of Trenton R. Kashima. Judgment is entered for Defendant.

This judgment applies to Plaintiff Montiqueno Corbett, Plaintiff Rob Dobbs and, with the exception of Erica Ned who has requested exclusion from the certified classes, the following certified classes of individuals to whom notice was directed:

California NDI Claim Class:
All persons who, from January 21, 2017 to March 29, 2024, while in California, purchased Defendant’s Sambucol Black Elderberry Original Syrup, Sambucol Black Elderberry Advanced Immune Syrup, Sambucol Black Elderberry Sugar Free Syrup, Sambucol Black Elderberry Syrup for Kids, Sambucol Black Elderberry Gummies, Sambucol Black Elderberry Gummies for Kids, Sambucol Black Elderberry Advanced Immune Capsules, Sambucol Black Elderberry Effervescent Tablets, Sambucol Black Elderberry Chewable Tablets, Sambucol Black Elderberry Pastilles (Throat Lozenges),

**Date:** 7/14/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Quinata
M. Quinata, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 21-cv-137-JES-AHG

Sambucol Black Elderberry Daily Immune Drink Powder, and Sambucol Black Elderberry Infant Drops for personal or household use and not for resale.

California Implied Disease Claim Class:
All persons who, from January 21, 2017 to March 29, 2024, while in California, purchased Defendant's Sambucol Black Elderberry Original Syrup (only 4 oz and 7.8 oz sizes), Sambucol Black Elderberry Sugar Free, Sambucol Black Elderberry Syrup for Kids, Sambucol Black Elderberry Effervescent Tablets, Sambucol Black Elderberry Chewable, Sambucol Black Elderberry Pastilles, Sambucol Black Elderberry Daily Immune Drink Powder, and Sambucol Black Elderberry Advanced Immune Syrup for personal or household use and not for resale.

Missouri NDI Claim Class:
All persons who, from January 21, 2016 to March 29, 2024, while in Missouri, purchased Defendant's Sambucol Black Elderberry Original Syrup, Sambucol Black Elderberry Advanced Immune Syrup, Sambucol Black Elderberry Sugar Free Syrup, Sambucol Black Elderberry Syrup for Kids, Sambucol Black Elderberry Gummies, Sambucol Black Elderberry Gummies for Kids, Sambucol Black Elderberry Advanced Immune Capsules, Sambucol Black Elderberry Effervescent Tablets, Sambucol Black Elderberry Chewable Tablets, Sambucol Black Elderberry Pastilles (Throat Lozenges), Sambucol Black Elderberry Daily Immune Drink Powder, and Sambucol Black Elderberry Infant Drops for personal or household use and not for resale.

The case is hereby closed.