UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTIQUENO CORBETT and ROB DOBBS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>PHARMACARE U.S., INC.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:21-cv-00137-JES-AHG<br><br>**ORDER AWARDING BILL OF COSTS TO DEFENDANT**<br><br>[ECF No. 271] |

　　　Pending before the Court is Defendant PharmaCare U.S. Inc.'s Bill of Costs. ECF No. 271. Plaintiffs filed an objection asserting that certain costs should be allocated between this case and the related matter, *Sunderland et al. v. Pharmacare, U.S., Inc.*, No. 3:23-cv-01318-JES-AHG. ECF No. 280. Defendant did not file a reply. The Court agrees with Plaintiff and hereby **ORDERS** $18,982.70 in costs to Defendant PharmaCare U.S., Inc. The costs were determined as follows:

Service of Subpoenas:

| Date | Description | Cost |
|---|---|---|
| 5/25/2023 | Service of Subpoena to Testify at Deposition in Civil Action on NIS Labs | $152.00 |

1

| Date | Description | Cost |
|---|---|---|
| 5/25/2023 | Service of Subpoena to Produce Documents, Information on NIS Labs | $55.50 |
| 11/20/2023 | Service of Subpoena to Testify at Deposition in Civil Action on NIS Labs | $238.00 |
| | **Service of Subpoena Fees Total** | **$445.50** |

Deposition Transcripts:

| Date | Description | Cost |
|---|---|---|
| 3/2/2022 | Montiqueno Corbett Deposition Transcript | $1,625.75 |
| 3/4/2022 | Rob Dobbs Deposition Transcript | $1,516.50 |
| 1/10/2023 | Arthur Rowe-Cerveny Deposition Transcript (30(b)(6) Witness) | $1,079.08 |
| 1/11/2023 | Adeline Lam Deposition Transcript | $350.20 |
| 1/12/2023 | Maria Paulino Deposition Transcript | $349.23 |
| 4/10/2023 | Colin Weir Deposition Transcript | $2,391.70 |
| 4/14/2023 | J. Michael Dennis Deposition Transcript | $5,007.00 |
| 4/27/2023 | Arthurs Rowe-Cerveny Deposition Transcript | $555.63 |
| 8/17/2023 | Keith Ugone Ph.D. Deposition Transcript | $1,428.30 |
| 8/18/2023 | Mark Keegan Deposition Transcript | $837.90 |
| 8/22/2023 | Ronald Wilcox, Ph.D. Deposition Transcript | $426.38 |
| 12/12/2023 | NIS Labs PMK Gitte Jensen, Ph.D. Deposition Transcript | $1,770.50 |
| | **Deposition Transcripts Total** | **$17,338.17** |

Copy Fees:

| Date | Description | Cost |
|---|---|---|
| 5/28/2021 | Chambers Copy of PharmaCare's Reply to Motion to Dismiss Complaint | $65.00 |
| 8/4/2021 | Chambers Copy of PharmaCare's Motion to Dismiss First Amended Complaint | $138.90 |
| 6/3/2022 | Chambers Copy of Letter Brief | $47.70 |
| 6/3/2022 | Chambers Copy of PharmaCare's Opposition to Motion to Dismiss Plaintiff Damaris Luciano | $64.52 |
| 9/9/2022 | Chambers Copy of PharmaCare's Memorandum Regarding Plaintiff Dammaris Luciano's Discovery Responses | $100.82 |
| 1/9/2023 | Chambers Copy of PharmaCare's Opposition to Ex Parte Application to Extend Pretrial Deadlines | $124.95 |

| | | |
|---|---|---|
| 6/1/2023 | Chambers Copy of PharmaCare's Opposition to Motion to File Third Amended Complaint | $134.85 |
| 9/26/2024 | Chambers Copy of PharmaCare's Opposition to Motion for Sanctions | $112.24 |
| 1/3/2025 | Chambers Copy of PharmaCare's Motion for Summary Judgment | $410.05 |
| | **Copy Fees Total** | **$1,199.03** |

**IT IS SO ORDERED.**

Dated: August 18, 2025

Honorable James E. Simmons Jr.
United States District Judge