Trenton R. Kashima (CA SBN 291405)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
402 West Broadway, Suite 1760
San Diego, CA 92101
Tel: (619) 810-7047
tkashima@milberg.com

*Attorneys for Plaintiffs and the Classes*

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTIQUENO CORBETT and ROB DOBBS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACARE U.S., INC.,<br><br>Defendant. | Case No: 3:21-cv-00137-JES-AHG<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO RETAX CLOSTS**<br><br>Date:     September 24, 2025<br>Time:     10:00 a.m.<br>Judge:    Hon. James E. Simmons, Jr.<br>Ctrm:     Courtroom 4B |

1  Plaintiffs respectfully submit this Reply in Support of their Motion to Retax Costs
2  ("Motion"):
3  Defendant does nothing to address the numerous citations in Plaintiffs' Motion
4  that stand for the commonsense proposition that if a cost is incurred in multiple cases,
5  those costs should be apportioned between the cases appropriately.  *See, e.g., Winter v.*
6  *Novartis Pharms. Corp.*, 739 F.3d 405, 411–12 (8th Cir. 2014) citing *Marmo v. Tyson*
7  *Fresh Meats, Inc.,* 457 F.3d 748, 764 (8th Cir. 2006) ("[A] division of ... costs among
8  the thirteen cases was equitable.... [A]pportionment reduced the risk of duplicative cost
9  recovery.") & *Ortho–McNeil Pharm., Inc. v. Mylan Labs. Inc.,* 569 F.3d 1353, 1358
10 (Fed. Cir. 2009) (applying Fourth Circuit law) (vacating a district court's award of
11 litigation-wide expenses and remanding for apportionment among all cases); *Camarillo*
12 *v. Pabey,* No. 2:05–CV–455, 2007 WL 3102144, at *3 & n. 2 (N.D. Ind. Oct. 22, 2007)
13 (apportioning shared deposition costs proportionately among multiple related cases, and
14 noting that no windfall or double recovery would result).  Nor does Defendant dispute
15 that it stipulated that certain discovery and depositions could be used in this case and
16 *Sunderland et al. v. Pharmacare, U.S., Inc*., No. 3:23-cv-01318-JES-AHG, conferring
17 on Defendant a substantial benefit by lowering the costs of the respective litigations and
18 preventing their employees and experts from being re-deposed.
19 Instead, Defendant asserts that as a "matter of contract law, the Court cannot read
20 into the unambiguous Stipulations some sort of cost sharing language that is nowhere
21 mentioned."  *See* Opposition to Motion to Retax Costs, ECF No. 283, at pp. 2-3.
22 However, the taxing of costs is not a matter of contract (particularly in this case, which
23 is not a contract dispute).  But the recovery of costs arises from a statutory duty based
24 on 28 U.S.C. § 1920, as well as Fed. R. Civ. P. 54(d).  "Under Rule 54(d), this Court
25 has broad discretion to vacate or amend the Clerk's decision to tax costs." *Polite v.*
26 *United States*, No. 07CV1950 AJB WVG, 2012 WL 4845566, at *1 (S.D. Cal. Oct. 10,
27 2012) *citing Dawson v. City of Seattle*, 435 F.3d 1054, 1070 (9th Cir. 2006).  Indeed,
28 Circuit Courts have held that it is an abuse of this discretion if a trial court does not

- 1 -

1  apportion "litigation costs […] incurred in connection with more than one proceeding,"
2  particularly deposition costs.  *E.g., Winter*, 739 F.3d at 411–12.
3        Nonetheless, Defendant offers no support for its "contract law" based theory on
4  the taxation of litigation costs, nor that some agreement between the parties is needed
5  before costs can be apportioned between the multiple cases.  Instead, the Court should
6  follow the on-point jurisprudence that supports Plaintiffs' request to reduce Defendant's
7  Request for Costs by $6,405.20 to account for those costs that were shared between this
8  case and *Sunderland*.

10  DATED: September 17, 2025               Respectfully submitted,

                                          By: /s/ Trenton Kashima

                                          Trenton Kashima (CA SBN 291405)
                                          **MILBERG COLEMAN BRYSON**
                                          **PHILLIPS GROSSMAN PLLC**
                                          402 West Broadway, Suite 1760
                                          San Diego, CA 92101
                                          Tel: (619) 810-7047
                                          tkashima@milberg.com

                                          Russell Busch (*pro hac vice*)
                                          **MILBERG COLEMAN BRYSON**
                                          **PHILLIPS GROSSMAN PLLC**
                                          First Horizon Plaza
                                          800 S. Gay Street, Suite 1100
                                          Knoxville, TN 37929
                                          Tel: (865) 247-0080
                                          Email: rbusch@milberg.com

                                          Nick Suciu III (*pro hac vice*)
                                          **MILBERG COLEMAN BRYSON**
                                          **PHILLIPS GROSSMAN PLLC**
                                          6905 Telegraph Road, Suite 115
                                          Bloomfield Hills, MI 48301
                                          Tel: (313) 303-3472
                                          Email: nsuciu@milberg.com

| | |
|---|---|
| 1 | Martha Geer (*pro hac vice*) |
| 2 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** |
| 3 | 900 West Morgan Street<br>Raleigh, NC 27603 |
| 4 | Tel: (919) 600-5000<br>Email: mgeer@milberg.com |
| 5 | *Attorneys for Plaintiffs*<br>*and the Proposed Classes* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

REPLY IN SUPPORT OF MOTION TO RETAX COSTS         Case No. 3:21-cv-00137-JES-AHG

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ *Trenton R. Kashima*
Trenton R. Kashima