1  Trenton R. Kashima (CA SBN 291405)
   **BRYSON HARRIS SUCIU**
2  **& DEMAY PLLC**
   402 West Broadway, Suite 1760
3  San Diego, CA 92101
   Tel: (212) 946-9389
4  tkashima@brysonpllc.com

5  *Attorneys for Plaintiffs
   and the Classes*

6

7

8              **UNITED STATES DISTRICT COURT**

9           **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10 | MONTIQUENO CORBETT and ROB DOBBS, individually and on behalf of all others similarly situated, | Case No: 3:21-cv-00137-JES-AHG |
11 | | |
12 | Plaintiffs, | **NOTICE OF CHANGE OF LAW FIRM** |
13 | v. | |
14 | PHARMACARE U.S., INC., | |
15 | Defendant. | |

1    PLEASE TAKE NOTICE that Trenton R. Kashima, counsel for Plaintiffs Montiqueno Corbett and Rob Dobbs, individually and on behalf of all others similarly situated, is now affiliated with the law firm BRYSON HARRIS SUCIU & DEMAY PLLC, effective immediately. Mr. Kashima's contact information is as follows:

> Trenton R. Kashima
> **BRYSON HARRIS SUCIU & DEMAY PLLC**
> 402 West Broadway, Suite 1760
> San Diego, CA 92101
> Tel: (212) 946-9389
> tkashima@brysonpllc.com

DATED: September 23, 2025

Respectfully submitted,

By: /s/ *Trenton R. Kashima*

Trenton R. Kashima (CA SBN 291405)
**BRYSON HARRIS SUCIU & DEMAY PLLC**
402 West Broadway, Suite 1760
San Diego, CA 92101
Tel: (212) 946-9389
tkashima@brysonpllc.com

*Attorneys for Plaintiffs and the Classes*

- 2 -

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Trenton R. Kashima*
Trenton R. Kashima