SEYFARTH SHAW LLP
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

SEYFARTH SHAW LLP
Joseph J. Orzano (SBN 262040)
jorzano@seyfarth.com
Seaport East, Suite 1200
Two Seaport Lane
Boston, MA  02210
Telephone:  (617) 946-4800
Facsimile:   (617) 946-4801

SEYFARTH SHAW LLP
Aaron Belzer (SBN 238901)
abelzer@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA  90067-3201
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
PHARMACARE U.S., INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTIQUENO CORBETT, DAMARIS LUCIANO, and ROB DOBBS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACARE U.S., INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:21-cv-00137-JES-AHG<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE COURT AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Lawrence E. Butler withdraws from this case and should be removed from the Court's service list with respect to this action.  Giovanna A. Ferrari, Joseph J. Orzano, and Aaron Belzer will continue to serve as counsel for Defendant PHARMACARE U.S., INC., and all further correspondence and papers in this action should continue to be directed to them.

DATED:  January 26, 2026

SEYFARTH SHAW LLP

By: */s/ Giovanna A. Ferrari*

Giovanna A. Ferrari
Joseph J. Orzano
Aaron Belzer

Attorneys for PharmaCare U.S., Inc.

323122102v.1

---

1

NOTICE OF WITHDRAWAL OF COUNSEL